UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RODNEY KIRCHKNOPF, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:04-cr-00175-PMP-LRL <br><br> **ORDER** |

Having read and considered Defendant Rodney Kirchknopf's Motion for Early Termination of Supervised Release (Doc. #31), filed August 7, 2013, and the Government's Opposition thereto (Doc. #34), and good cause appearing,

**IT IS THEREFORE ORDERED** that Defendant Rodney Kirchknopf's Motion for Early Termination of Supervised Release (Doc. #31) is **DENIED**.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge